IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* MISTY VASQUEZ, and SANTIAGO NUÑO <br> Plaintiffs, <br><br> v. <br><br> G4S SECURE SOLUTIONS (USA) INC., <br> Defendant. | § § § § § § § § § § § | No. L:11-CV-181 <br><br> Hon. George P. Kazen <br><br><br><br> JURY |

## UNITED STATES' REASONS FOR CONSENTING TO DISMISSAL

The United States declined to intervene in the above captioned *qui tam* action. (Dkt. 17.) Relators subsequently moved to voluntarily dismiss "without prejudice" (Dkt. 20.), with the consent of the United States. (Dkt. 17.) The Court has directed the United States to provide "[its] reasons for consenting" to the dismissal. *See,* 31 U.S.C. § 3730 (b)(1). (Dkt. 21).

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States, having: (1) fully investigated this matter; (2) consulted with the appropriate governmental officials; (3) reviewed applicable rules and regulations; and (4) considered the totality of the circumstances, has made the determination that dismissal of this action without prejudice is in the public interest. The United States therefore notifies the Court that it consents to Relators' voluntary dismissal without prejudice.

1

The United States consents to this dismissal only if that dismissal is without prejudice to the United States. Dismissal without prejudice to the United States protects the United States from any adverse consequences of dismissal and puts the United States in the same position that it would be in had the Relators decided to proceed. The United States therefore consents to the dismissal provided that dismissal is without prejudice to the United States.

A proposed Order is filed herewith.

Respectfully submitted,

STUART DELERY
Assistant Attorney General for the Civil Division
KENNETH MAGIDSON
United States Attorney

By: _____
Andrew A. Bobb
Assistant United States Attorney
SBOT No. 02530350
1000 Louisiana
Suite 2300
Houston, Texas 77002
Tel.: (713) 567-9766
Fax: (713) 718- 3303

MICHAEL D. GRANSTON
JUDITH RABINOWITZ
SAMUEL J. BUFFONE, JR.
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel.: (202) 616-2945
Fax: (202) 616-3085

ATTORNEYS IN CHARGE FOR
THE UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the United States' Reasons for Consenting to Dismissal was served by Certified Mail, RRR, on this 29th day of January, 2014:

George J. Altgelt, Esq.
1120 Matamoros St.
Laredo, TX 78040
Attorney for Plaintiff/Relator

_____
Andrew A. Bobb